IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

AUSTIN AITKEN,
Plaintiff
P. O. Box 110024
CLEVE, OH 44111
-vs-
MANOR CARE CORP. OFFICE
(AND) PARTIES ET, AL
333 North Summit
Toledo, OHIO 436004
Defendant(s)

CASE NO. 1:14CV224

JUDGE JUDGE NUGENT

COMPLAINT MAG. WHITE

Personal Injury / Med.
Malpractice Case.

Enclosed

Is Documents and Paperwork that
Is Part of this Complaint - For Personal Injury
Med. Malpractice Caused (or) due to Manor Care
Center and there Acting (or) Duty Dr. Brobbey and
staff inability to Provide Proper health care
for my now Deceased Mother Ema Johnson
whom Passed on Oct 5th 2012 Due to Manor
Care, Cleveland lack of concern and under
staff nurse's Performing duties & services
they themselfs where unable to Properly do
for my mother's many serious Health —
Conditions she Developed while under the
Care of Manor Care and Doctor Brobbey. See
also enclosed Complaint and Medical Treat-
ments records a Fax's warning Manor Care and
Corp. OFFICE.

# ( Complaint )

Personal Injury / Medical
Malpractic Suit.
10-14-12

On (or) around Aug 18th 2012
I Austin Aitken son and legal
Guardian of Eyra Johnson went
to Manor Care Nurseing Home
where my mother was staying
at to visit her as I regularly
do, However after getting there
and setting with mother I
Notice mother was chokeing
and Couldnt Keep her food
(or) drink down nor could
mother Keep down her —
medicines / Pills (or) anything
mother took in by way of
her mouth because around
food time Manor Care also
have the Pill wagon (OR)
Cart comes around room
to room and give out every
one there Pills and other
medicines, I ask the Nurse
what is wrong with Mom's →

#2

the Nurse / aid respored
gas (or) cold, I told her
the staff on the second floor
nurse Station to call
DR. Brobbey the Doctor that
Care's for eveyone at Manor
Care that I wanted my
mother out of there and
send to the hospital asap
so shortly later the EMS
(or) ambulance service did
come to Manor Care and
Picked up mother, I then
follow them to Euclid hospital
and they checked mother
into the hospital where
mother stayed some 33 Days
in the CCU-Unit. This is
where eveything took a turn
for the worst, and DR. Brobbey
and Euclid Hospital Social
Service called me on 2
(or) more occassions telling →

#3

To get ready and Pick out a Acute Care Hospital because with mothers many serious health Conditions — Mother needed this type of Care now. I then agreed with all Parties and DR. Brobbey then Euclid Hospital Social Worker gave me a list of 3 Acute Care Hospitals one was at St. Vincent Hospital on E. 22nd St. Cleve, OHIO another was out Warrensville RD. and Emery RD. which is Part of the Kindred Hospital Chain which I liked but it was to far out of the way for me and the rest of the family, so I Picked out the Kindred Hospital with Acute Care at 11900 Fairhill RD. Cleve, OH. (216)983-8030 after taking 2 Days to visit all the Acute Care Hospital thinking everything is set, I even told →

#4

My oldest sister Valerie Jones
and the rest of the family as
well as mother the great
news of a acute care Hospital
everyone was glad and very
much looking forward to —
Mother's recovery with the
aid of a acute care hospital.
so the day mother was to
be discharged to the FairHill
RD. Kindred acute care hospital
I recieved more calls from
DR. Brobbey and the social
worker's Dept of Euclid Hospital
telling me at the last minute
on Friday of all days of the
week Mother was being send
back to Manor care nursing
Home because DR. Brobbey and
the Social Service Dept (now)
felt mother could get the
same level of care at a
Nursing Home. I went totally
off on the social worker telling
her this isn't about anything
but cash money, meaning
since mother had already
been out of Manor care for
some 33 Day's, if Manor care
didn't get Mother back they →

#5

at Manor Care would lose
the cash for the month of
aug, 2012 and Sept, 2012
Cash Paymts, Plus they was
troubled about me, my
mother's legal guardian
recieveing that Cash, Plus
cash for the next 90 Days
per Medicare / medicaid
laws that state if a person
leaves for more than 30 Days
and Change Nursery Home
to go to another they wellnt
recieve the money anymore
from Medicare Medicaid
etc, and DR. Brobbey and his
Boss Manor Care wasnt
haveing any of the above
situation if they could help
it, so DR. Brobbey simply
wrote up his evaluation
on my mother so it wouldnt
appear she was in need of
acute Care like was already
Planned and simply put
my mother's life on the
line hopeing a Nursery home
Could do what a acute Care
Hospital / Center could do →

#6

Knowing all along he and Manor Care simpley signed my Mothers Death Certf. by changin at the last minute a Nursery Home over a Acute Care Center periodlize So after Sept 26, 2012 and returning my mother back to Manor Care it was only 2-3 Days later mother was again rushed back to Euclid Hospital for breathing Problems, when my mother got back she was in very very Poor health and all her vital's signs was gone, she still had pneumonia she had a blocked up feeding tube and her urine line had been disconnected from her body and all Kinds of blood, and salava was coming out of Mothers mouth and she was dehydrated her entire body, Manor Care & DR. Brobbey Knew they couldn't provide the level of care my Mother needed but just the same →

#7

Attempted this madness anyway, as a result of there thinking, and counter Planning against my wishes they caused and created a Death situation for my mother and no more than 4-5 Day's later a nite around 1:10 AM Euclid Hospital Called me staying mother had Passed and they tried "CPR" and mother wasn't responsive and did I want them at the Hospital to try "CPR" again Know already my mother was gone on because I told my fiancee Jeanine Conway at 1:02 AM mother is gone I felt my mother leaving this world by way of me - before the Nurse Called, I told the Nurse I know already from Home me and mother was very close, also enclosed is 3 Page fax I send Manor Care and 6 Page Medication Reconciliation Report, along with 2 page of Medicare Rights on being Discharged from the Hospital, and Manor Care bed hold

→

(#8)

Sheet explaining what I
will owe them if the bed
hold exceeds 30 days.

So yes I personally feel
DR. Bobbey's conduct and
lack of concern, along
with careing more about
what Manor Care may
want - over the health
and care of his Patients
caused the Doctor to
write up a untruthful
medical evaluation of
my mothers real health
conditions and the seriousness
thus keeping my mother
out of a acute Care Hospital
so that my mother could
wrongly be send back to
Manor Care.

Sincerely
* _____
* Son / Legal Guardian